JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKA MICHAELS, individually,<br><br>Plaintiff,<br><br>v.<br><br>M/Y CLUELESS, Its Engines, Machinery, Appurtenances, etc., *in rem,* and KEVIN MICHAELS, individually, *in personam,*<br><br>Defendants. | Case No.: CV 21-5645-DMG (DFMx)<br><br>**IN ADMIRALTY**<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE AND VACATING ORDER AND WARRANT FOR ARREST OF THE M/Y CLUELESS, *IN REM*** |

Based on the **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND FOR ORDER VACATING ORDER AND WARRANT FOR ARREST OF THE M/Y CLUELESS,** *IN REM* filed by the parties via their respective counsel of record, and good cause appearing therefor, IT IS HEREBY ORDERED that:

(a) The above-captioned action is dismissed in its entirety and with prejudice, with each party to bear its own fees and costs;

(b) The Court's Order [Doc. # 15] authorizing the arrest of the M/Y CLUELESS, *in rem* and the Warrant for Arrest of the M/Y CLUELESS is hereby VACATED; and

(c) That the M/Y CLUELESS be immediately returned to the custody of Kevin Michaels.

**IT IS SO ORDERED.**

DATED: July 21, 2021

/s/ Dolly M. Gee

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE